■ In the Matter of LINDA LEE, Appellant, v JAMES LEE, Respondent, and DENNIS C. VACCO, as Attorney-General of the State of New York, Intervenor-Respondent. [635 NYS2d 569] —Appeal unanimously dismissed without costs. Memorandum: Petitioner contends that Family Court should not have sustained respondent's objections to the Hearing Examiner's support order and remitted the matter to the Hearing Examiner for a rehearing. Because the subsequent support order of the Hearing Examiner, which has not been appealed, renders petitioner's contention academic *(see generally, Matter of Gold-Greenberger v Human Resources Admin.,* 77 NY2d 973, 974; *Sedita v Board of Educ.,* 43 NY2d 827, 828), the appeal is dismissed as moot. (Appeal from Order of Livingston County Family Court, Cicoria, J.—Child Support.) Present—Green, J. P., Lawton, Callahan, Doerr and Davis, JJ.